# No. 196

## TERRITORY OF MICHIGAN
### v.
## HENRY HUDSON

*October 7, 1809*

*Held: (Journal, infra, \*p. 251)*

The indictment is defective in substance inasmuch as it concludes against the peace and dignity of the Territory of Michigan, whereas it ought to conclude against the peace and dignity of the United States of America.

Harris H. Hickman, attorney general

Solomon Sibley, attorney for defendant